```
 1 | PHILIP M. MILLER (SBN 87877)
   | KRISTEN McCULLOCH (SBN 177558)
 2 | MICHELLE L. SICULA (SBN 160598)
   | SALTZMAN & JOHNSON LAW CORPORATION
 3 | 44 Montgomery Street, Suite 2110
   | San Francisco, CA 94104
 4 | (415) 882-7900
   | (415) 882-9287 – Facsimile
 5 | pmiller@sjlawcorp.com
   | kmcculloch@sjlawcorp.com
 6 | msicula@sjlawcorp.com
 7 | Attorneys for Plaintiffs
 8 | ROBERT G. HULTENG, Bar No. 071293
   | JOSHUA J. CLIFFE, Bar No. 215390
 9 | VINCENT J. MERSICH, Bar No. 259813
   | LITTLER MENDELSON
10 | A Professional Corporation
   | 650 California Street, 20th Floor
11 | San Francisco, CA  94108.2693
   | Telephone:    415.433.1940
12 |
   | Attorneys for Defendant Stanford European
13 |
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE INDUSTRIES PENSION TRUST FUND, JAMES H. BENO, Trustee, BILL BRUNELLI,, Trustee, STEPHEN J. MACK, Trustee, MARK HOLLIBUSH, Trustee, CHRIS CHRISTOPHERSEN, Trustee, DON CROSATTO, Trustee, GEORGE HALL, JR., Trustee, CHARLES J. DI BARI, Trustee, RON NELSON, Trustee, and JAMES V. CANTERBURY, Trustee,<br><br>            Plaintiffs,<br><br>v.<br><br>STANFORD EUROPEAN, INC., dba STANFORD BMW,<br><br>            Defendant. | Case No.: C 09-02548 SC<br><br>**STIPULATION AND** [PROPOSED] **ORDER**<br><br>DATE:<br><br>TIME:<br><br>JUDGE:   Hon. Samuel Conti<br><br>COURTROOM 1<br>Seventeenth Floor<br>450 Golden Gate Ave.,<br>San Francisco, CA |

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER          Case No. 3:09-CV-02548-SC

     Plaintiffs, Automotive Industries Pension Trust Fund and its Board of Trustees, jointly with Defendant Stanford European (hereafter "Stanford") in the above-entitled action submit this Stipulation and Proposed Order.

     1.    Counsel for Plaintiff Trust and counsel for Defendant have discussed early settlement of this action. The Court has referred this case to mediation which, under the presumptive 90 day deadline, must occur before December 1, 2009. On November 5, 2009, the assigned mediator conducted a telephone conference with the parties. In order to permit plaintiffs time to review the additional documents that defendant has agreed to produce and to permit the parties to attempt to resolve the matter without the mediator's assistance, the mediation has been scheduled for December 9, 2009, at 10:00 a.m. Accordingly, the parties request an order from the Court permitting the parties to attend court sponsored mediation eight days after the presumptive December 1st deadline.

Dated:   November 24, 2009

SALTZMAN & JOHNSON LAW CORPORATION

By: /s/Michelle L. Sicula
    Michelle L. Sicula
    Attorneys for Plaintiffs

Dated:   November 24, 2009

LITTLER MENDELSON
A PROFESSIONAL CORPORATION

By: /s/Joshua J. Cliffe
    Joshua J. Cliffe
    Attorney for Defendant Stanford European

**IT IS SO ORDERED.**

Dated:   November 30, 2009



SAMUEL _____ T JUDGE
UNITED _____

Firmwide:93055053.1 052962.1001

---

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER      Case No. 3:09-CV-02548-SC