1  PHILIP M. MILLER (SBN 87877)
   MICHELLE L. SICULA (SBN 160598)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   pmiller@sjlawcorp.com
5  kmcculloch@sjlawcorp.com
   msicula@sjlawcorp.com
6
   Attorneys for Plaintiffs
7
   ROBERT G. HULTENG, Bar No. 071293
8  JOSHUA J. CLIFFE, Bar No. 215390
   VINCENT J. MERSICH, Bar No. 259813
9  LITTLER MENDELSON
   A Professional Corporation
10 650 California Street, 20th Floor
   San Francisco, CA  94108.2693
11 Telephone:    415.433.1940

12 Attorneys for Defendant Stanford European

13
                        UNITED STATES DISTRICT COURT
14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 AUTOMOTIVE INDUSTRIES PENSION           Case No.:  C 09-02548 SC
   TRUST FUND, JAMES H. BENO, Trustee,
16 BILL BRUNELLI,, Trustee, STEPHEN J.     **UPDATED JOINT CASE**
   MACK, Trustee, MARK HOLLIBUSH,          **MANAGEMENT STATEMENT AND**
17 Trustee, CHRIS CHRISTOPHERSEN, Trustee, **[PROPOSED] ORDER**
   DON CROSATTO, Trustee, GEORGE HALL,
18 JR., Trustee, CHARLES J. DI BARI, Trustee, DATE:    April 9, 2010
   RON NELSON, Trustee, and JAMES V.
19 CANTERBURY, Trustee,                    TIME:    10:00 A.M.

20                 Plaintiffs,             JUDGE:   Hon. Samuel Conti

21 v.                                               COURTROOM 1
                                                    Seventeenth Floor
22 STANFORD EUROPEAN, INC., dba                     450 Golden Gate Ave.,
   STANFORD BMW,                                    San Francisco, CA
23
                   Defendant.
24
        Plaintiffs, Automotive Industries Pension Trust Fund and its Board of Trustees, jointly
25
   with Defendant Stanford European (hereafter "Stanford") in the above-entitled action submit this
26
   Updated Joint Case Management Statement and Proposed Order and request the Court to adopt it
27
   as its Case Management Order in this case.
28
                                                   **JOINT CASE MANAGEMENT STATEMENT**
                                                   **AND [PROPOSED] ORDER**
                                                   **Case No.: 09-2458 SC**

1  At the last case management conference on September 25, 2009, Plaintiffs and Defendant asked the Court to direct the case to mediation.  On December 9, 2009, the parties participated in a mediation with mediator Kim Zeldin.  With the help of the mediator, the parties determined that they would need to exchange additional information in order to resolve this matter.  Ms. Zeldin offered to assist the parties further following the exchange.

On December 16, 2009, Plaintiffs sent Defendant a letter requesting documents and identifying subject areas about which plaintiffs needed further information.  Due to the intervening holidays and the temporary unavailability of Defendant's owners and accountant, Defendant did not respond to Plaintiffs' December 16th letter until March 10, 2010 when Defendant's counsel sent an e-mail containing some of the requested information.  On March 12, 2010, Defendant informally produced documents responsive to Plaintiffs' December 16th letter.

Plaintiffs are in the process of reviewing the documents provided by Defendant on March 12th.  Following review, the parties intend to engage in an additional mediation with Ms. Zeldin.

The parties jointly request that the Court set a case management conference 90 days out to allow time for the parties to secure a spot on Ms. Zeldin's calendar and proceed with settlement discussions which are likely to be productive.  Counsel for plaintiffs contacted Ms. Zeldin's office on March 11th and 19th to determine her availability for the months of April and May 2010.  On March 26, 2010, the mediator's office provided the parties with Ms. Zeldin's availability for April and May 2010.  Counsel will promptly identify those dates on which all necessary client representatives will be available.

The Court previously permitted an extension of 90 days for the parties to engage in this process.  See Clerk's Notice, filed February 2, 2010.  However, more time than was expected was required to obtain the information sought in Plaintiffs' December 16th letter.  Accordingly, the parties ask the Court to grant an additional extension of 90 days in order to increase the chance of settlement.  Defendant contends that there are few, if any, assets available to satisfy Plaintiffs' claims.  The parties are interested in settlement and believe that a further extension of time may bear fruit and conserve the resources of the parties and the Court.

**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**
Case No.: 09-2458 SC

| | |
|---|---|
| Dated: March 26, 2010 | SALTZMAN & JOHNSON LAW CORPORATION |
| | By: _____/s/_____<br>Michelle L. Sicula<br>Attorneys for Plaintiffs |
| Dated: March 26, 2010 | LITTLER MENDELSON<br>A PROFESSIONAL CORPORATION |
| | By: _____/s/_____<br>Joshua Cliffe<br>Attorney for Defendant Stanford European |

IT IS SO ORDERED that the Case Management Conference is continued to July 9, 2010 at 10:00 a.m.

Dated: March 29, 2010

_____
SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*

**JOINT CASE MANAGEMENT STATEMENT**
**AND [PROPOSED] ORDER**
**Case No.: 09-2458 SC**